JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCIA WILEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.;<br>DOES I through X; and ROE ENTITIES I through X,<br><br>Defendants. | CASE NO. 2:19-cv-00582-APG-BNW<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

WHEREAS, Plaintiff, MARCIA WILEY, and her attorney of record, DAVID A. TANNER, ESQ. and Defendant SMITH'S FOOD & DRUG CENTERS, INC. and its attorney of record, JERRY S. BUSBY, ESQ. participated in a private mediation on October 17, 2019 which resulted in the parties agreeing to a full and final settlement of all claims by Plaintiff against all Defendants;

IT IS HEREBY STIPULATED AND AGREED by and between DAVID A. TANNER, ESQ. of the TANNER LAW FIRM, Attorney for Plaintiff MARCIA WILEY, and JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

1. That the claims herein of Plaintiff MARCIA WILEY against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

/ / /

CLAC 5298598.1

2. That any and all deadlines for filing pleadings with the Court be vacated.

DATED this 29th day of October, 2019.

| TANNER LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ David A. Tanner | /s/ Jerry S. Busby |
| DAVID A. TANNER, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 008282 | Nevada Bar No. 001107 |
| 1320 East Pebble Road, Suite 115 | 1835 Village Center Circle |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89134 |
| (702) 987-8888 | (702) 366-1125 |
| Attorney for Plaintiff | Attorneys for Defendant |
| MARCIA WILEY | SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS SO ORDERED: Case dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE
Dated: October 30, 2019.

CLAC 5298598.1